1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  SHUJA AHMED,                           No. C-11-00436   (DMR)

12          Plaintiff,                     **ORDER VACATING HEARING ON
                                           DEFENDANTS' MOTION TO DISMISS**
13      v.                                 **PENDING CONSENT TO
                                           JURISDICTION OF MAGISTRATE**
14  WELLS FARGO BANK, et al.,              **JUDGE**

15          Defendants.
   _____/
16

17        On February 1, 2011, Defendants Wachovia Mortgage and Golden West Savings Association

18  Service Co. ("Defendants"), filed a Motion to Dismiss for Failure to State a Claim ("Motion to

19  Dismiss") and a Motion to Strike Portions of Complaint ("Motion to Strike"), pursuant to Federal

20  Rule of Civil Procedure 12. *See* Docket Nos. 5 & 6.  Defendants noticed a hearing on the Motion to

21  Dismiss and Motion to Strike for March 10, 2011 at 11:00 a.m.

22        Pursuant to 28 U.S.C. § 636, a signed consent to the jurisdiction of the Magistrate Judge

23  must be filed by each party before consideration of any dispositive motion.  All parties in the above-

24  captioned case have not filed a signed consent to proceed before a Magistrate Judge.  Accordingly,

25  the hearing on Defendants' Motion to Dismiss and Motion to Strike set for March 10, 2011 is hereby

26  VACATED.  Upon the filing of signed consents by all parties to the action, the Court will issue an

27  order resetting the hearing.  If a declination is filed, the case will be immediately reassigned to an

28  Article III District Judge.

**United States District Court**
For the Northern District of California

IT IS SO ORDERED.

Dated:  February 3, 2011

IT IS SO ORDERED

Judge Donna M. Ryu

_____
DONNA M. RYU
United States Magistrate Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28