IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUJA AHMED, | No. C 11-00436 SI |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| WELLS FARGO BANK & CO., *et al.*, | |
| Defendants. | |

On May 9, 2011, the Court granted defendants' motion to dismiss plaintiff's complaint. The Court granted plaintiff leave to file an amended complaint with regard to two of her claims. The amended complaint was due to be filed on or before June 3, 2011. Plaintiff has not filed an amended complaint. Accordingly, and for the reasons stated in the Court's May 9 Order, this case is DISMISSED.

**IT IS SO ORDERED.**

Dated: June 27, 2011

SUSAN ILLSTON
United States District Judge