IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUJA AHMED, | No. C 11-00436 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| WELLS FARGO BANK & CO., et al., | |
| Defendants. | |

The Court has granted defendants' motion to dismiss the complaint, and plaintiff has not filed an amended complaint. Judgment is hereby entered against plaintiff and in favor of defendants.

**IT IS SO ADJUDGED.**

Dated: June 27, 2011

SUSAN ILLSTON
United States District Judge